IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bank of America, | ) | C/A No.: 3:16-1231-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Elois C. Baxter; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned case has been removed from the Richland County Court of Common Pleas. [ECF No. 1]. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned U.S. Magistrate Judge.

PAYMENT OF THE FILING FEE:

Defendant has submitted an Application to Proceed Without Prepaying Fees or Costs, which is construed as a Motion for Leave to Proceed in forma pauperis. *See* 28 U.S.C. § 1915. A review of the motion reveals that Defendant should be relieved of the obligation to prepay the full filing fee. Defendant's Motion for Leave to Proceed in forma pauperis is granted. [ECF No. 3].

TO DEFENDANT:

Defendant is ordered to keep the Clerk of Court advised in writing (United States District Court, 901 Richland Street, Columbia, South Carolina 29201) of any address change, so as to assure that orders or other matters that specify deadlines will be received. Defendant's failure to comply with this order will not be excused and could result in sanctions against Defendant. If an attorney serves Defendant by mail, Defendant also has a duty to notify that attorney of any address change.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 22, 2016              Shiva V. Hodges
Columbia, South Carolina    United States Magistrate Judge

*Defendants' attention is directed to the important warning on the next page.*

## IMPORTANT INFORMATION...PLEASE READ CAREFULLY

## WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM.  **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court.  Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing.  Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court.  If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing.  A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):
    **(a) Social Security and Taxpayer identification numbers.**  If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.**  If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.**  If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.**  If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information  –  such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(filings made under seal) and (e) (protective orders).